UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

Janice Parks,

        Plaintiff,

vs.

Lavender Meadows, Inc., Larry Wright, Open Door Management Services and Tiffany Williams-Wright,

        Defendants.

CIVIL ACTION FILE

NO. 3:17-cv-45-TCB

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendants' Motion to Dismiss, and the court having **GRANTED** said motion as to Plaintiff's FLSA claim, it is

**Ordered and Adjudged** that Plaintiff's FLSA claim is **DISMISSED** and the remaining state law claims are **DISMISSED without prejudice**

Dated at Newnan, Georgia, this 15th day of February, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Janice Micallef
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 15, 2018
James N. Hatten
Clerk of Court
By: /s/ Janice Micallef
    Deputy Clerk